**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 6, 2014

_____

DOCKET CORRECTION NOTICE
_____

No.  14-1332,     <u>Fraternal Order of Police v. WMATA</u>
              1:12-cv-01387-LMB-JFA

TO:    Gerard J. Stief

FILING CORRECTION DUE:  August 11, 2014

Please make the correction identified below and file a corrected document by the date indicated.

---

[ X] Other: The appendix contents are not in order. It starts on page 74, then jumps to 130, then to 190, etc. Please arrange appendix contents in order and refile.


Jeffrey S. Neal, Deputy Clerk
804-916-2702